UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MARY ANNE FUENTES,

    Plaintiff,

v

MARIE TUBERGEN, et al.,

    Defendants.

_____/

Case No. 1:07-CV-1159

Hon. Richard Alan Enslen

**ORDER**

    Plaintiff's recently filed *pro se* document, docket number 19, has been indulgently interpreted as a Motion for Leave to File First Amended Complaint, *see Haines v. Kerner*, 404 U.S. 519, 520 (1972), since Defendants have filed responsive pleadings. *See* Fed. R. Civ. P. 15(a). However, a proposed First Amended Complaint was not attached as an exhibit to said Motion, in violation of W.D. Mich. LCivR 5.7(f). Additionally, W.D. Mich. LCivR 7.1(d) states:

> Attempt to obtain concurrence - With respect to all motions, the moving party shall ascertain whether the motion will be opposed . . . All motions shall affirmatively state the efforts of the moving party to comply with the obligation created by this rule.

    **ACCORDINGLY, IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File First Amended Complaint (Dkt. No. 19) is **DENIED WITHOUT PREJUDICE**. However, the Court will consider a future motion complying with the Local Civil Rules and Federal Rules of Civil Procedure.

DATED in Kalamazoo, MI:
    March 24, 2008

    /s/ Richard Alan Enslen
RICHARD ALAN ENSLEN
SENIOR UNITED STATES DISTRICT JUDGE